

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00192-CR

_____


PAMELA JEAN SWEET, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. CR-09-23264


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Pamela Jean Sweet, appellant, has filed with this Court a motion to dismiss her appeal. The motion is signed by Sweet and by her counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted:     December 16, 2010
Date Decided:       December 17, 2010

Do Not Publish